JS - 6

**FILED: 8/20/14**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Estate of Terry Kubler, et al.*, | CASE NO. CV 14-998-GHK (PJWx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| *City of Los Angeles, et al.*, | |
| Defendants. | |

Pursuant to the Court's July 7, 2014 and July 25, 2014 Orders, IT IS HEREBY ADJUDGED that Plaintiffs' claims are **DISMISSED with prejudice** as to Defendants County of Los Angeles and City of Los Angeles. Pursuant to the Court's August 20, 2014 Order, Plaintiffs' claims are **DISMISSED without prejudice** as to Defendant Detective Moreno and Doe Defendants 1-10. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: August 20, 2014

_____
GEORGE H. KING
Chief United States District Judge